E-FILED
Tuesday, 24 December, 2019 4:29:11 PM
Clerk, U.S. District Court, ILCD
FILED
12/20/2019 4:29 PM
TAMMY WEIKERT, CIRCUIT CLERK
ROCK ISLAND COUNTY, IL

**Circuit Court of the Fourteenth Judicial Circuit**
**Rock Island County, Illinois**

| | |
|---|---|
| JOHN SHUNICK, <br><br> Plaintiff <br><br> V. <br><br> WOOD GROUP MUSTANG, INC. <br><br> Defendant. | <br><br><br> Case No.    2019L150 <br><br><br><br> COMPLAINT |

## INTRODUCTION

John Shunick worked as a non exempt employee for Wood Mustang Group, Inc. inspecting various aspects of construction on pipeline projects in Illinois from March 2015 to December 2018.   Defendant Wood Group Mustang, Inc. (Wood Group) failed to pay Mr. Shunick overtime on hours worked over 40 per week as required by the *Fair Labor Standards Act*, 29 U.S.C. 206 et seq.  Mr. Shunick seeks judgment against Wood Mustang for unpaid wages, liquidated damages and attorney fees.

## FACTS

1. John Shunick is a resident of Mercer County, Illinois.

2. Mr. Shunick performed work as an inspector for Wood Group Mustang in Rock Island County and many other counties throughout the state of Illinois.

3. Mr. Shunick's work consisted of inspecting various aspects of pipeline construction projects to ensure the contractor's employees stayed on the

Complaint
**John Shunick v. Wood Mustang Group, Inc.**
Page 2

right of way and within the scope of work and that quality and safety standards were met.

4. Defendant Wood Group Mustang, Inc. is a subsidiary of John Wood Group, PLC, which is a publicly traded company listed on the London Stock Exchange. Wood Group Mustang maintains its corporate headquarters in Houston, TX.

5. Wood Group operates in many locations across the United States, including Rock Island County, Illinois.

6. Wood Group in an international energy services company employing more than 8,000 people in the United States and other countries. Wood Group provides construction, engineering and project management services largely to the oil industry.

7. Wood Group employs people who are engaged in interstate commerce, in the production of goods for interstate commerce and work on goods and materials that move through interstate commerce.

8. Wood Group's annual revenues exceed $500,000.

9. Wood Group paid Mr. Shunick for his work and classified him as a nonexempt day-rate employee under the *Fair Labor Standards Act*.

10. In many weeks during the time that is the subject of this lawsuit, Mr. Shunick worked more than 40 hours, working 6-7 days per week 10 hours per day.

Complaint
**John Shunick v. Wood Mustang Group, Inc.**
Page 3

11. Wood Group failed to pay Mr. Shunick time and a half wages for hours over 40 per week, contrary to the requirements of the *Fair Labor Standards Act. (FLSA)*

12. Wood Group's failure to pay wages as required by the *FLSA* was willful and gives rise to a claim for liquidated damages.

13. As a result of Wood Group's failure to pay Mr. Schunick in accordance with the requirements of the FLSA, he has suffered damages in excess of $50,000.

14. Mr. Shunick seeks relief for the time period December 2, 2016 to December 31, 2018.

### PRAYER FOR RELIEF

WHEREFORE, Mr. Shunick prays that this Court enter judgment against Defendant for Plaintiff's unpaid wages, liquidated damages, attorney fees  and such other relief as is just.

Complaint
**John Shunick v. Wood Mustang Group, Inc.**
Page 4

Respectfully submitted,

Kelsey A. W. Marquard
Dorothy A. O'Brien #AT0005877
O'BRIEN & MARQUARD, PLC
2322 East Kimberly Road, Suite 140S
Davenport, IA  52807
563-355-6060  Telephone
563-355-6666  Facsimile
dao@emprights.com  Email

ATTORNEYS FOR PLAINTIFF